## FIRST DEPARTMENT, MAY, 1927.

GIUSEPPE PREVITE, Respondent, v. PATRICK McGOVERN, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $4,232.85; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents and votes for reversal and dismissal of the complaint. Settle order on notice.

LOUIS B. HESSELBROCK, Appellant, v. DETMER WOOLEN COMPANY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANDREW NADALIN, Respondent, v. T. HOGAN & SONS, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the bill of particulars predicated negligence upon the use of buckets, whereas plaintiff at the trial sought to rely not upon any defect in the buckets, but upon the use of buckets in connection with certain rigging. This necessitated testimony as to the rigging, which defendant was obviously not prepared to meet. The defendant was not fairly notified in accordance with its demand of the ground upon which plaintiff would rely to predicate negligence. (*Lazarowitz* v. *Levy*, 194 App. Div. 400.) Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS AMBROSE, Respondent, v. LOUISA MONTAGNA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD COLEMAN, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

WILLIAM JORING and Another, Respondents, v. PIERCE F. GROOME, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MARGERY LEE ADAMS and Another, as Executors, etc., of FRANCIS LYNDE STETSON, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY SLUDIKOFF, Appellant.— Judgment modified by reducing the sentence to fifteen days, credit to be given for the time already served, and as so modified affirmed. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CATHERINE CONROY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.